BEFORE JUDGE OLIVER, JUNE 28, 1966

**No. R66/7.**—Continental Merchandise Co., Inc. v. United States, reappraisements R60/8939, etc. (New York).

**No. R66/8.**—Continental Mdse. Co., Inc. v. United States, reappraisements R62/1055, etc. (New York).

**No. R66/9.**—Continental Mdse. Co., Inc., et al. v. United States, reappraisements R62/11266, etc. (New York).

OLIVER, J. In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Panation Trade Co.* v. *United States*, 54 Cust. Ct. 758, A.R.D. 181, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for the determination of the value of the cigarette lighters here in question and that such value is equal to the appraised values, less inspection fees in the sum of $0.05 per dozen.

BEFORE JUDGE WATSON, JUNE 28, 1966

**No. R66/10.**—Panation Trade Co. v. United States, reappraisements R64/18640, etc. (New York).

WATSON, J. In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Panation Trade Co.* v. *United States*, 54 Cust. Ct. 758, A.R.D. 181, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for the determination of the value of the cigarette lighters here in question and that such values were the invoiced unit ex-factory prices.

**No. R66/11.**—Panation Trade Co. v. United States, reappraisement R65/5465 (New York).

WATSON, J. In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Panation Trade Co.* v. *United States*, 54 Cust. Ct. 758, A.R.D. 181, the court found and held that export value, as that value is defined in

841

section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T. D. 54165, is the proper basis for the determination of the value of the cigarette lighters here in question and that such value is the total appraised value, less the item of inspection fee or design adjustment fee as invoiced.

BEFORE CHIEF JUDGE RAO, JUNE 28, 1966

**No. R66/12.**—Lolly Togs, Ltd. v. United States, reappraisement R60/22267 (New York).

**No. R66/13.**—Frank P. Dow Co., Inc., a/c Lollytogs, Ltd. v. United States, reappraisements R64/21559 and R65/10981 (Los Angeles).

**No. R66/14.**—Frank P. Dow Co., Inc., a/c Lollytogs, Ltd. v. United States, reappraisement R65/493 (San Francisco).

**No. R66/15.**—Lollytogs, Ltd. v. United States, reappraisement R65/782 (Portland, Oreg.).

**No. R66/16.**—Lollytogs, Ltd. v. United States, reappraisement R65/9103 (Seattle).

RAO, C.J. In accordance with stipulation of counsel that the merchandise and issues involved herein are the same in all material respects as those in *Lollytogs, Ltd.* v. *United States*, 55 Cust. Ct. 608, Reap. Dec. 11073, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956, T.D. 54165, is the proper basis for the determination of the value of the merchandise (children's clothing) and that such values are the invoice unit f.o.b. values, net packed, exclusive of any additional charges or commissions.

**No. R66/17.**—Kurt Orban Company v. United States, reappraisement R59/3 (Cleveland).

RAO, C.J. In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in *Kurt Orban Company, Inc.* v. *United States*, 52 CCPA 20, C.A.D. 851, the court found and held that export value, as that value is defined in section 402(b) of the Tariff Act of 1930, as amended by the Customs Simplification Act of 1956 (T.D. 54165), is the proper basis of value for the galvanized wire in issue and that said value is the appraised value, less inland freight and f.o.b. charges of $8 per metric ton.

**No. R66/18.**—Kurt Orban Company, Inc. v. United States, reappraisements R61/3885, etc. (Boston).

RAO, C.J. In accordance with stipulation of counsel that the issues of fact and law are the same in all material respects as those in